IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICARDO GUERRA MARTINEZ, | ) | No. C 10-4484 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| T. VIRGA, | ) ) | |
| Respondent. | ) ) | |

The Court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/24/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Martinez484jud.wpd